IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Antonio Kinloch, #219914, ) | C/A No.: 2:15-CV-702-MBS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR INMATE TRANSPORT** |
| Versus ) | |
| ) | |
| Sgt. Kelvin Myers ) | |
| ) | **(Transport date: June 21, 2018 by 9:30 a.m.)** |
| Defendant. ) | |

Mediation has been scheduled in the above referenced case for June 21, 2018, at 10:00 a.m. in Courtroom # 3, McMillan Federal Building, 401 W. Evans Street, Florence, South Carolina. Plaintiff, Antonio Kinloch, Inmate No. 219914, is required to appear at the mediation and is currently incarcerated at Lee Correctional Institution located at 990 Wisacky Highway, Bishopville, SC 29010, in the State of South Carolina. Therefore, it is hereby ordered that the South Carolina Department of Corrections transport the Plaintiff to the McMillan Federal Building by 9:30 a.m. on June 21, 2018, secure the individual during this appearance along with the U.S. Marshal's Service, and thereafter return the individual to Lee Correctional Institution.

AND IT IS SO ORDERED.

                                                 s/Thomas E. Rogers, III
                                                 Hon. Thomas E. Rogers, III
                                                 United States Magistrate Judge

May 11, 2018
Florence, South Carolina